**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Edward H Rodeffer** | Social Security number or ITIN **xxx–xx–7088** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Linda S Rodeffer** | Social Security number or ITIN **xxx–xx–4205** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Western District of Virginia** | | Date case filed for chapter **7   9/20/18** |
| Case number: **18–50840** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Edward H Rodeffer | Linda S Rodeffer |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 50 Gosling Circle, Apt 104<br>Fishersville, VA 22939 | 50 Gosling Circle, Apt 104<br>Fishersville, VA 22939 |
| **4.** | **Debtor's attorney**<br>Name and address | Jeffrey A Ward<br>Franklin Denney Ward & Dryer PLC<br>P. O. Box 1140<br>Waynesboro, VA 22980 | Contact phone (540) 946–4408 |
| **5.** | **Bankruptcy trustee**<br>Name and address | George I Vogel(74)<br>PO Box 18188<br>Roanoke, VA 24014 | Contact phone (540) 982–1220 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

Debtor **Edward H Rodeffer** and **Linda S Rodeffer** Case number **18–50840**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 116 N. Main St., Room 223<br>Harrisonburg, VA 22802 | Hours open 8 a.m. – 4:30 p.m.<br><br>Contact phone (540) 434–8327<br><br>Date: 9/20/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 23, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification required *** | Location:<br><br>**cr mtg, STN, Gen. Dist. Courtroom, 1st Flr, 113 E. Beverley St., Staunton, VA 24401** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/24/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**

```
                                    United States Bankruptcy Court
                                    Western District of Virginia
In re:                                                                                  Case No. 18-50840-rbc
Edward H Rodeffer                                                                       Chapter 7
Linda S Rodeffer
        Debtors                           CERTIFICATE OF NOTICE
District/off: 0423-5          User: admin                   Page 1 of 2                 Date Rcvd: Sep 20, 2018
                              Form ID: 309A                 Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2018.
db/jdb        +Edward H Rodeffer,    Linda S Rodeffer,    50 Gosling Circle, Apt 104,
                Fishersville, VA 22939-2416
tr            +George I Vogel(74),    PO Box 18188,    Roanoke, VA 24014-0815
4646679       +AR Resources Inc,    PO Box 1056,    Blue Bell, Pennsylvania 19422-0287
4646680       +Augusta Dental Health,    41 S Medical Park Drive,    Fishersville, Virginia 22939-2333
4646682        Augusta Health Care Inc,    PO Box 79847,    Baltimore, Maryland 21279-0847
4646683       +Augusta Medical Group,    PO Box 388,    Fishersville, Virginia 22939-0388
4646684       +Blue Ridge Radiologists,    401 Commerce Rd Suite 413,    Staunton, Virginia 24401-4433
4646685       +Bullhead Investments LLC,    1311 Westbrook Plaza Drive,    Winston-Salem, NC 27103-1327
4646686       +CAF,   2040 Thalbro Street,    Richmond, Virginia 23230-3200
4646694       ++COMCAST,   676 ISLAND POND RD,    MANCHESTER NH 03109-4840
                (address filed with court: Comcast,    2303 N Augusta Street Suite D,
                Staunton, Virginia 24401)
4646690       +CarMax,   1448 Richmond Road,    Charlottesville, Virginia 22911-3509
4646691       +CarMax Auto Finance,    PO Box 440609,    Kennesaw, Georgia 30160-9511
4646689       +Carilion Clinic,    PO Box 13966,    Roanoke, Virginia 24038-3966
4646688       +Carilion Clinic,    PO Box 824579,    Philadelphia, Pennsylvania 19182-4579
4646693       +City of Waynesboro Treas Office,     503 West Main Street Room 105,
                Waynesboro, Virginia 22980-4546
4646695       +Comcast,    PO Box 3001,    Southeastern, Pennsylvania 19398-3001
4646696       +Comcast Cable Communications,    PO Box 3001,    Southeastern, Pennsylvania 19398-3001
4646700       ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,   RICHMOND VA 23261-6666
                (address filed with court: Dominion Virginia Power,    PO Box 26543,
                Richmond, Virginia 23290-0001)
4646701       ++EYEONE PLC,    17 N MEDICAL PARK DR,    FISHERSVILLE VA 22939-2344
                (address filed with court: EyeOne and Retinacare of Virginia,    17 N Medical Park Drive,
                Fishersville, Virginia 22939)
4646702       +Goose Creek Apartments,    80 Goose Point Lane,    Fishersville, VA 22939-2382
4646703       +Henrico General District Court,    4301 East Parham Road,    Henrico, Virginia 23228-2745
4646704       +Home Depot Credit Services,    PO Box 790034,    St Louis, Missouri 63179-0034
4646710       +Medical Data Systems,    128 W Center Avenue 2nd Floor,    Sebring, Florida 33870-3103
4646711        Medical Revenue Services,    PO Box 1149,    Sebring, Florida 33871-1149
4646713       +Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, Texas 75019-4620
4646712       +Mr. Cooper,    PO Box 650783,    Dallas, TX 75265-0783
4646714       +Mr. Cooper Bankruptcy Dept,    PO Box 619094,    Dallas, TX 75261-9094
4646716       +PayPal Credit,    PO Box 5138,    Timonium, Maryland 21094-5138
4646717       +PayPal Credit,    PO Box 5018,    Timonium, Maryland 21094-5018
4646718       #Penn Credit Corporation,    PO Box 988,    Harrisburg, Pennsylvania 17108-0988
4646719       +Progressive Management Systems,    PO Box 2220,    West Covina, California 91793-2220
4646720        Richmond General District Court,    400 N 9th Street Room 203,    Richmond, Virginia 23219-1546
4646724        UVA Health System,    PO Box 800780,    Charlottesville, Virginia 22908-0780
4646725       +UVA Health Systems,    PO Box 743977,    Atlanta, Georgia 30374-3977
4646723       +United Consumers Inc,    PO Box 4466,    Woodbridge, VA 22194-4466
4646726       +Valley Credit Service,    PO Box 7090,    Charlottesville, Virginia 22906-7090
4646728        Virginia Dept of Tax Bankruptcy Dept,    PO Box 2156,    Richmond, Virginia 23218-2156
4646730       +Virginia Dept of Taxation,    PO Box 27407,    Richmond, Virginia 23261-7407
4646731       +Waynesboro Circuit Court,    PO Box 910,    Waynesboro, Virginia 22980-1281
4646732       +Waynesboro Com of Revenue,    503 W Main Street Room 107,    Waynesboro, Virginia 22980-4546
4646733       +Waynesboro Gen Dist Court,    250 S Wayne Avenue Suite 100,    Waynesboro, Virginia 22980-4625
4646734       +Waynesboro Utilities,    503 W Main Street # 103,    Waynesboro, VA 22980-4546
4646735       +Waypoint,    PO Box 8588,    Round Rock, TX 78683-8588
4646736       +Willis Family Dentistry,    41 S. Medical Park Drive,    Fishersville, VA 22939-2333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: ksmith@fdwdlaw.com Sep 20 2018 22:08:20     Jeffrey A Ward,
                Franklin Denney Ward & Dryer PLC,   P. O. Box 1140,    Waynesboro, VA 22980
ust           +E-mail/Text: ustpregion04.rn.ecf@usdoj.gov Sep 20 2018 22:08:31     USTrustee,
                Office of the United States Trustee,    210 First Street, Suite 505,    Roanoke, VA 24011-1620
4646681       +E-mail/Text: L2SHOWALTER@AUGUSTAHEALTH.COM Sep 20 2018 22:08:29     Augusta Health,
                PO Box 1000,   Fishersville, Virginia 22939-1000
4646692       +EDI: WFNNB.COM Sep 21 2018 01:48:00      CB/Talbots,   PO Box 182789,    Columbus, OH 43218-2789
4646687       +EDI: CAPITALONE.COM Sep 21 2018 01:48:00      Capital One USA NA,   PO Box 85168,
                Richmond, Virginia 23285-5168
4646697       +EDI: WFNNB.COM Sep 21 2018 01:48:00      Comenity - Talbots,   PO Box 659617,
                San Antonio, Texas 78265-9617
4646698       +EDI: WFNNB.COM Sep 21 2018 01:48:00      Comenity Bank Bankruptcy Dept,   PO Box 182125,
                Columbus, Ohio 43218-2125
4646705       +EDI: CITICORP.COM Sep 21 2018 01:48:00      Home Depot/CBNA,   PO Box 6497,
                Sioux Falls, South Dakota 57117-6497
4646706        EDI: IRS.COM Sep 21 2018 01:48:00     Internal Revenue Service,    PO Box 7346,
                Philadelphia, Pennsylvania 19101-7346
4646707       +EDI: CBSKOHLS.COM Sep 21 2018 01:48:00      Kohls Correspondence,   PO Box 3120,
                Milwaukee, Wisconsin 53201-3120
```

```
District/off: 0423-5          User: admin              Page 2 of 2               Date Rcvd: Sep 20, 2018
                              Form ID: 309A            Total Noticed: 61


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4646708         EDI: CBSKOHLS.COM Sep 21 2018 01:48:00     Kohls Payment Center,    PO Box 2983,
                 Milwaukee, Wisconsin 53201-2983
4646709        +EDI: CBSKOHLS.COM Sep 21 2018 01:48:00     Kohls/Capital One,    PO Box 3115,
                 Milwaukee, Wisconsin 53201-3115
4646715         EDI: RMSC.COM Sep 21 2018 01:48:00     Paypal Buyer Credit,    PO Box 960080,
                 Orlando, Florida 32896-0080
4646721         E-mail/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com Sep 20 2018 22:08:52       Sentara Collections,
                 PO Box 79698,    Baltimore, Maryland 21279-0698
4646722         E-mail/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com Sep 20 2018 22:08:52
                 Sentara RMH Medical Center,    2010 Health Campus Drive,    Harrisonburg, Virginia 22801-3293
4646729         E-mail/Text: bkr@taxva.com Sep 20 2018 22:08:43     Virginia Dept of Taxation,    PO Box 1880,
                 Richmond, Virginia 23218
4646727        +E-mail/Text: bankruptcy@vfinancial.net Sep 20 2018 22:08:50       Vanguard Financial Services,
                 210 Brooks Street Suite 100,    Charlston, West Virginia 25301-1848
                                                                                               TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4646699*      ++DOMINION VIRGINIA POWER,    PO BOX 26666,   18TH FLOOR,    RICHMOND VA 23261-6666
               (address filed with court:   Dominion Virginia Power,    PO Box 26666,
                 Richmond, Virginia 23261-6666)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
NONE.                                                                                     TOTAL: 0
```